| | | | | |
|---|---|---|---|---|
| | **DEFENDANTS' EXHIBITS** | | SHANE GRESSEL<br><br>V.  Case No.  15-CV-180-jdp<br><br>DR. JAMES THORPE AND KAREN ANDERSON | |
| **Date** | **Identification** | | **Description** | **Offers, Objections, Rulings, Exceptions** |
| | **No.** | **Witness** | | |
| | 501 | | Plaintiff's Dental Records | |
| | 502 | | Plaintiff's Health Services Unit records | |
| | 503 | | Plaintiff's Psychological Services Unit records | |
| | 504 | | Division of Adult Institutions Policy # 500.40.02 | |
| | 505 | | Columbia Correctional Institution Inmate Handbook | |
| | 506 | | Offender Complaint Packet for CCI-2012-20853 | |
| | 507 | | Offender Complaint Packet for CCI-2012-25258 | |
| | 508 | | Offender Complaint Packet for CCI-2012-25711 | |
| | 509 | | Plaintiff's canteen orders from July 2011 through July 2013 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |