IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHANE GRESSEL,

    Plaintiff,

v.                                   Case No. 15-CV-180

JAMES THORPE, et al.,

    Defendants.

## DEFENDANTS' PROPOSED SPECIAL VERDICT

Defendants submit the attached proposed special verdict for use at trial in this matter.

Dated this 20th day of September, 2017.

                                                    Respectfully submitted,

                                                    BRAD D. SCHIMEL
                                                    Wisconsin Attorney General

                                                    <u>s/Shannon A. Conlin</u>
                                                    Shannon A. Conlin
                                                    Assistant Attorney General
                                                    State Bar #1089101

                                                    Attorneys for Defendants Thorpe
                                                    and Anderson

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1677
conlinsa@doj.state.wi.us

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHANE GRESSEL,

    Plaintiff,

    v.                                                Case No. 15-CV-180

JAMES THORPE, et al.,

    Defendants.

## SPECIAL VERDICT

Question 1: Did Shane Gressel have dental needs that constituted a serious medical need during any of the following time periods?

- from July 1, 2012 until Shane Gressel had a dental appointment with Dr. James Thorpe on October 18, 2012

- from November 6, 2012 until Shane Gressel had a dental appointment with Dr. James Thorpe on December 6, 2012

- from December 16, 2012 until Shane Gressel was transferred to the Wisconsin Resource Center on January 3, 2013?

                    _____ (Yes or No)

**If you answered "Yes" to Question 1, answer Question 2.**

**If you answered "No" to Question 1, do not answer any more questions.**

Question 2: Was any defendant aware that plaintiff had a serious medical need during any of the time periods listed in Question 1?

    Dr. James Thorpe: _____ (Yes or No)

    Karen Anderson: _____ (Yes or No)

**If you answered "Yes" to any part of Question 2, answer the Question No. 3 with respect to that defendant or those defendants.**

**If you answered "No" to all of Question 2, do not answer any more questions.**

Question 3: Did any defendant consciously fail to take reasonable measures to provide treatment for plaintiff's serious medical need during any of the time periods listed in Question 1?

    Dr. James Thorpe: _____ (Yes or No)

    Karen Anderson: _____ (Yes or No)

**If you answered "Yes" to any part of Question 3, answer Questions 4 and 5.**

**If you answered "No" to all of Question 3, do not answer any more questions.**

Question 4: What sum of money, if any, would fairly and reasonably compensate Shane Gressel?

    _____ (Amount in dollars)

<u>Question 5:</u> Did either of the defendants act with evil motive or intent, or with reckless or callous indifference to the rights of Shane Gressel?

    Dr. James Thorpe: _____ (Yes or No)

    Karen Anderson: _____ (Yes or No)

**If you answered "Yes" to any part of Question 5, answer Question 6.**

**If you answered "No" to all of Question 5, do not answer any more questions.**

    <u>Question 6:</u> What amount, if any, do you award as punitive damages?

    _____ (Amount in dollars)