In the United States District Court
For the Western District of Wisconsin

Shane Gressel,              )
                            )
    Plaintiff,          )
                            )      15 cv 180
  v.                        )
                            )
James Thorpe, et al.,       )
                            )
    Defendants.         )

PLAINTIFF'S RULE 26(a)(3) WITNESS LIST

Plaintiff Shane Gressel, by and through his attorney, Mr. Gabriel Benjamin Galloway, submit the following witness list:

1. Shane Gressel, who is presently in the custody of the Wisconsin Department of Corrections.
2. James Thorpe, whose place of residence is known to Defendants.
3. Kathryn Lovell, whose place of residence is known to Defendants.
4. Michael Meisner, whose place of residence is known to Defendants.
5. Karen Anderson, whose place of residence is known to Defendants.
6. Isaac Hart (for authentication of documents) whose place of residence is known to Defendants.

Respectfully submitted,

/s/Gabriel B. Galloway
Attorney for Plaintiff

Gabriel B. Galloway
Attorney At Law
2440 West Augusta Blvd.
Chicago, Illinois 60622
(312) 256-4657
gallowayesq@gmail.com
IL #6286208