```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF WISCONSIN

Shane Gressel,                  )
                                )
       Plaintiff,               )
                                )     15 cv 180
    v.                          )
                                )
James Thorpe, et al.,           )
                                )
       Defendants.              )
```

PLAINTIFF'S PROPOSED VERDICT FORM

We, the jury, make the following findings:

Question 1, Liability: Do you find that one or more of the defendants acted with deliberate indifference to Plaintiff's serious medical needs, as the claim of deliberate indifference to serious medical needs is submitted to you in the jury instructions?

　　　_____ Yes _____ No

(*If your answer to this "Liability" part of this question was "No," do not answer any more parts to this form; instead, sign the verdict form and notify the Court Security Officer that you have reached a verdict.*)


Question 2, Identity: If your answer to Question 1 was "Yes," which defendant or defendants do you find acted with deliberate indifference to Plaintiff's serious medical needs?  (*Check all that apply.*)

　　　1.　　James Thorpe.　　　　　　　　_____

　　　2.　　Kathryn Lovell.　　　　　　　_____

1

Question 3, Actual Damages: What amount of actual damages, as explained in the jury instructions, do you award against the defendant or defendants marked in part "B" for deliberate indifference to Plaintiff's serious medical needs?

James Thorpe

1. Physical and mental pain and suffering

   $_____

2. Future physical and mental pain and suffering

   $_____

Kathryn Lovell

1. Physical and mental pain and suffering

   $_____

2. Future physical and mental pain and suffering

   $_____


/

/

/

/

/

/

/

_____
Date


_____        _____
Foreperson                            Juror


_____        _____
Juror                                 Juror


_____        _____
Juror                                 Juror


_____
Juror


                              BY:   /s/ Gabriel Benjamin Galloway
                                    Counsel for Plaintiff

Gabriel B. Galloway
Attorney At Law
2440 West Augusta Blvd.
Chicago, Illinois 60622
(312) 256-4657
gallowayesq@gmail.com
IL #6286208

3